IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL MUNIZ,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 13-4343<br>:<br>: |
| GANZLER, et al.,<br>    Defendants | :<br>: |

### ORDER

**AND NOW**, this 29th day of September, 2014, upon consideration of Defendants Rowell, Ganzel and Plizak's Motion to Dismiss, or in the Alternative, for Summary Judgment [Doc. No. 18] and Defendants Gibbs, Nash and Marano's Motion to Dismiss [Doc. No. 19], for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion of Defendants Rowell, Ganzel, and Plizak is **DENIED**;

2. The motion of Defendants Gibbs, Nash and Marano is **GRANTED** and Plaintiff's claims against these defendants are **DISMISSED** without prejudice.

3. If Plaintiff wishes to file an amended complaint, he may do so no later than October 20, 2014;

4. If Plaintiff does not file an amended complaint, Defendants Rowell, Ganzel and Plizak must file an Answer to Plaintiff's complaint no later than November 3, 2014.

It is so **ORDERED**.

                                                BY THE COURT:

                                                /s/ Cynthia M. Rufe
                                                _____
                                                **CYNTHIA M. RUFE, J.**