IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL MUNIZ,<br>    Plaintiff, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 13-4343 |
| | : <br> : |
| HARRIS, *et al*.,<br>    Defendants | : <br> : |

# ORDER

**AND NOW**, this 4th day of September 2018, upon consideration of Defendants' Motion for Sanctions, and for the reasons outlined in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion (Doc. No. 110) is **GRANTED**, and all remaining claims in Plaintiff's complaint are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **REMOVE** this action from suspense and **CLOSE** this case.

It is so **ORDERED**.

                                               **BY THE COURT:**

                                               **/s/ Cynthia M. Rufe**
                                               _____
                                               **CYNTHIA M. RUFE, J.**